UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
2023 FEB 14 AM 11: 15
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

VICTORIA MOBLEY

VS

MARGARET MURRAY &

ANEISHA RANDALL

CASE# 3:23-cv-159-TJC-MCR

COMPLAINT

1.

PLAINTIFFF, VICTORIA MOBLEY A RESIDENT OF DUVAL COUNTY JACKSONVILLE, FLORIDA, LIVES AND RECIEVES MAIL AT 1601 NORTH MAIN STREET UNIT #13214 JACKSONVILLE FLORIDA 32206 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

2.

BOTH DEFENDANTS WORK AT JEWISH FAMILY AND COMMUNITY SERVICES LOCATED AT 8540 BAYCENTER ROAD JACKSONVILLE, FLORIDA 32256, AND BOTH ARE SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT.

3.

COMES NOW PLAINTIFF AND STATES THIS:

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE AS IT INVOLVES MULTIPLE CIVIL RIGHTS VIOLATIONS PROTECTED UNDER TITLE 28 USC 1331.

ON OR ABOUT APRIL 28, 2022 BOTH DEFENDANTS BECAME INVOLVED WITH MY CHID CUSTODY CASE IN STATE COURT. TO DATE DEFENDANT M. MURRAY HAS COMPLETELY IGNORED MY WISHES AS THE CHILD'S MOTHER AND HAS REFUSED TO PHYSICALLY INCLUDE ME IN MY CHILD'S MEDICAL APPOINTMENTS. FIRST DEFENDANT (TOP NAME) IS THE SUPERVISOR OF SECOND DEFENDANT (BOTTOM NAME) AND IS ALLOWING THIS TO HAPPEN.  AS THE CHILD'S MOTHER, I STILL HAVE RIGHTS AND NEITHER DEFENDANT RESPECTS THAT. THEY ARE BOTH GUILTY OF ENDANGERING MY CHILD'S SAFETY, OBSTRUCTION OF JUSTICE, WRECKLESS ENDANGERMENT, ACCOMPLICE TO SEXUAL ASSUALT OF A MINOR CHILD, AND I FEAR FOR HIS LIFE.  ACCORDING TO CURRENT RULINGS I AM SUPPOSED TO BE WITH MY CHILD IN PERSON FOR ALL DOCTOR'S APPOINTMENTS AND VISITS. DEFENDANTS REFUSE TO ALLOW ME TO BE WITH MY CHILD FOR THESE APPOINTMENTS.

THE RELIEF PLAINTIFF IS ASKING FOR IS:

1. A CRIMINAL WARRANT BE ISSUED FOR THE ARREST OF DEFENDANT MARGARET MURRAY FOR CAPITAL SEXUAL BATTERY OF A MINOR, KIDNAPPING, RECKLESS ENDANGERMENT OF A MINOR CHILD, OBSTRUCTION OF JUSTICE BY FALSE INFORMATION, AND PERJURY.
2. $500,000.00 IN DAMAGES FROM DEFENDANT MURRAY FOR UNDUE STRESS.
3. AN ORDER TO REMOVE DEFENDANT MURRAY FROM MY CHILD DEPENDENCY CASE.
4. A CRIMINAL WARRANT FOR THE ARREST OF DEFENDANT ANEISHA RANDALL FOR CAPITAL SEXUAL BATTERY OF A MINOR, KIDNAPPING, RECKLESS ENDANGERMENT OF A MINOR CHILD, OBSTRUCTION OF JUSTICE BY FALSE INFORMATION, AND PERJURY.
5. $500,000.00 IN DAMAGES FROM DEFENDANT RANDALL FOR UNDUE STRESS.
6. AN ORDER TO REMOVE DEFENDANT RANDALL FROM MY CHILD DEPENDENCY CASE.
7. A TRIAL BY JURY.

STATEMENT OF ACTION TO SHOW CAUSE

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS:

1. BOTH DEFENDANTS DID KNOWINGLY AND WILLFULLY, WITH MALICIOUS INTENT, IN FACT ALLOW MY SON TO BE IN EMINENT DANGER OF HIS LIFE AND REFUSED TO DO ANYTHING TO STOP IT. FURTHERMORE BOTH DEFENDANTS DID IN FACT COMMIT OBSTRUCTION OF JUSTICE BY LYING IN OPEN COURT AND BY FILING FALSE STATEMENTS TO THE COURT WHICH PLAINTIFF HAS PROOF OF.
2. IN THE INTEREST OF JUSTICE AND FOR THE SAFETY OF MY 2-YEAR-OLD CHILD, BOTH DEFENDANTS SHOULD BE STOPPED BEFORE THEY CAUSE MY CHILD'S DEATH.

WHEREFORE PLAINTIFF NOW PRAYS THIS HONORABLE COURT TO GRANT RELIEF.

*Victoria Mobley* (signature)