UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTORIA MOBLEY,

    Plaintiff,

v.                                  CASE NO. 3:23-cv159-HES-MCR

MARGARET MURRAY and
ANEISHA RANDALL,

    Defendants.
_____/

## ORDER

The Magistrate Judge's Report and Recommendation (Dkt. 15) recommends Plaintiff's Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 12) be denied and this case be dismissed without prejudice. No objections were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 15) is **ADOPTED**;

2. The Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 12) is **DENIED**;

3. This action be **DISMISSED without prejudice**; and

4. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of June, 2023.

	HARVEY E. SCHLESINGER
	UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Victoria Mobley, *Pro Se*